# EXHIBIT A

INDEX OF MATTERS BEING FILED

PAGE 2:     All process in the case.

PAGE 5:     Pleadings asserting causes of action, *i.e.*, Plaintiff's Original Petition

PAGE 11:    Docket Sheet

PAGE 12:    List of all counsel of record, including addresses, telephone numbers, and parties represented.

**EXHIBIT A, PAGE 1**

# 7018 1830 0001 4427 4297

CAUSE NO. 202101066

RECEIPT NO. 875790     75.00  CTM

\*\*\*\*\*\*\*\*\*    TR # 73829400

| | |
|---|---|
| PLAINTIFF: BAHAM, RONNIE JULES | In The 269th |
| vs. | Judicial District Court |
| DEFENDANT: XTANT MEDICAL HOLDINGS INC | of Harris County, Texas |
| | 269TH DISTRICT COURT |
| | Houston, TX |

## CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: XTANT MEDICAL HOLDINGS INC (A FOREIGN CORPORATION) MAY BE SERVED WITH
 PROCESS BY SERVING THROUGH ITS AGENT CORPORATION SERVICE COMPANY

 26 W SIXTH AVE HELENA MT 59624 - 1691

 Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 8th day of January, 2021, in the above cited cause number
and court. The instrument attached describes the claim against you.

 YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
 This citation was issued on 11th day of January, 2021, under my hand and
seal of said Court.

Issued at request of:
TRIMBLE, DALE L.
209 SIMONTON
CONROE, TX 77301
Tel: (936) 539-3457
Bar No.: 20222650



MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: HALL, JOSHUA EVERETT GLH//11661911

---

## CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

(a) ADDRESSEE

_____

ADDRESS

Service was executed in accordance with Rule 106
 (2) TRCP, upon the Defendant as evidenced by the
 return receipt incorporated herein and attached
 hereto at

_____
on _____ day of _____, _____
by U.S. Postal delivery to _____
_____

This citation was not executed for the following
reason: _____
_____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____, Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N.INT.CITM.P        \*73829400\*

**EXHIBIT A, PAGE 2**

# 7018 1830 0001 4427 4297

CAUSE NO. 202101066

RECEIPT NO. 875790                    75.00      CTM
**********                    TR # 73829400

PLAINTIFF: BAHAM, RONNIE JULES                    In The 269th
                    vs.                    Judicial District Court
DEFENDANT: XTANT MEDICAL HOLDINGS INC                    of Harris County, Texas
                    269TH DISTRICT COURT
                    Houston, TX

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: XTANT MEDICAL HOLDINGS INC (A FOREIGN CORPORATION) MAY BE SERVED WITH
    PROCESS BY SERVING THROUGH ITS AGENT CORPORATION SERVICE COMPANY

    26 W SIXTH AVE   HELENA  MT  59624 - 1691

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 8th day of January, 2021, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
    This citation was issued on 11th day of January, 2021, under my hand and
seal of said Court.



Issued at request of:                    MARILYN BURGESS, District Clerk
TRIMBLE, DALE L.                    Harris County, Texas
209  SIMONTON                    201 Caroline, Houston, Texas 77002
CONROE, TX  77301                    (P.O. Box 4651, Houston, Texas 77210)
Tel: (936) 539-3457
Bar No.: 20222650                    Generated By: HALL, JOSHUA EVERETT  GLH//11661911

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____          _____
                                         ADDRESS

_____          Service was executed in accordance with Rule 106
(a) ADDRESSEE                                (2) TRCP, upon the Defendant as evidenced by the
                                             return receipt incorporated herein and attached
_____              hereto at

                                         on _____ day of _____, _____
                                         by U.S. Postal delivery to _____
                                         _____

                                         This citation was not executed for the following
                                         reason: _____
                                         _____

                                         MARILYN BURGESS, District Clerk
                                         Harris County, TEXAS

                                         By _____, Deputy

N.INT.CITM.P                    *73829400*          EXHIBIT A, PAGE 3

Certified Document Number: 93876798 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   February 12, 2021

Certified Document Number:      93876798 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**EXHIBIT A, PAGE 4**

1/8/2021 12:00 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49529303
By: Joshua Hall
Filed: 1/8/2021 12:00 PM

No. _____

| | | |
|---|---|---|
| RONNIE JULES BAHAM, | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| XTANT MEDICAL HOLDINGS, INC., | § | |
| Defendant | § | _____ JUDICIAL DISTRICT |

## **PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ronnie Jules Baham, plaintiff, complaining of Xtant Medical Holdings, Inc., defendant, and for cause of action would show as follows:

### I.

This case should be governed in accordance with the Discovery Control Plan found in Rule 190 of the Texas Rules of Civil Procedure (Level 3).

### II.

Ronnie Jules Baham ("Baham") is an individual residing in Highlands, Harris County, Texas.

Xtant Medical Holdings, Inc. ("Xtant") is a foreign corporation based in Belgrade, Montana, and is doing business in the State of Texas. Xtant may be served with process through its agent for process, Corporation Service Company, 26 W. Sixth Ave., Helena, MT 59624-1691 by certified mail, return receipt requested.

### III.

In April 18, 2018, Baham underwent an revision anterior cervical discectomy and fusion (ACDF) at his cervical spine C6-7 along with placement of PEEK cages with Xtant allograft at C3-4 and C6-7 and placement of screws and plate from C3-7. This procedure was performed by Dr. Kade T. Huntsman, M.D., Salt Lake Orthopaedic Clinic, Salt Lake City, Utah. Baham had undergone a previous urgent ACDF following a bus accident in September 2017, but had suffered

Certified Document Number: 93840040 - Page 1 of 5

**EXHIBIT A, PAGE 5**

ongoing problems since that surgery.  Upon evaluation of his condition by Dr. Huntsman, Baham was found to have severe stenosis at C3-4 above this fusion and stenosis with possible pseudoarthrosis at C4-7.  Dr. Huntsman recommended surgery to perform the second ACDF.

IV.

The hardware from C4-7 (plate and screws) were removed from Baham's cervical spine at C4-7.  Dr. Huntsman then performed a complete C3-4 diskectomy, where there was a significant amount of stenosis at this level.  After the endplates were prepared and a takedown of the posterior longitudinal ligament and foraminotomies were performed, a PEEK cage packed with Xtant allograft was then placed.  Dr. Huntsman then went to the C4-5 level, explored the fusion there, and found it to be solid.  He evaluated the C5-6 level as well and found it to be solid.

V.

At the C6-7 level, Baham's fusion was not complete and Dr. Huntsman decided to revise this level.  The previous cage was removed and a revision ACDF was performed, preparing the end-plates with a high speed bur.  A posterior procedure longitudinal ligament and foraminotomies were performed. Then Dr. Huntsman placed an X-spine plate packed with X-tant allograft.  After the surgical area was copiously irrigated, an X-spine plate was applied in screws in C3, C4, C5, C6 and C7.  Dr. Huntsman confirmed the plate and screws were well-positioned and locked down with a locking mechanism.

VI.

The materials utilized by Dr. Huntsman during Baham's April 18, 2018, ACDF were manufactured, marketed, and sold by Xtant for the purpose of use in medical procedures similar to that which Baham underwent.  The materials, particularly the screws, were intended to stabilize the injured area (C4-7) that required surgery in the case of Baham.

**EXHIBIT A, PAGE 6**

Certified Document Number: 93840040 - Page 2 of 5

VII.

Several months after the April 18, 2018, surgery occurred, Baham began to experience pain and other physical problems with his cervical spine.  X-rays taken January 10, 2019, at the request of Dr. Huntsman determined there had been a mechanical breakdown of the internal fixation device, particularly a broken screw at C7.   This broken screw, which had been manufactured, marketed and sold by Xtant, had delayed the union following the ACDF that Baham had undergone.   Baham would have to undergo a third major neck surgery.

VIII.

As a result of Xtant's failed and broken screw that was affixed to Baham's cervical spine at C7, on May 29, 2019, Baham underwent a hardware removal at C3-7; revised ACDF at C6-7; placement of X-spine PEEK cages packed with Xtant allograft at C6-7; and anterior plate fixation with X-spine plating system at C5-7.

IX.

The occurrence made the basis of this suit, as referenced herein, and the resulting injuries and damages incurred by Baham were proximately caused by the defective design and manufacture of the Xtant screw that failed and proximately caused the injuries and damages to Baham.

X.

Baham has sustained severe bodily injuries to his neck, upper extremities and body in general.  The injuries sustained by Baham are permanent in nature, and they have had a serious effect on his well being.  Baham has also suffered physical and mental pain, suffering, anguish, impairment and disfigurement, and in all reasonable probability, he will continue to suffer in this way into the future.

-3-

**EXHIBIT A, PAGE 7**

XI.

As a further result of the injuries he has sustained, Baham has incurred expenses for medical care and attention.  These expenses were incurred for necessary care and treatment of the injuries resulting from the Xtant screw failure.  The charges he incurred are reasonable and were the usual and customary charges made for such services in Harris County, Texas, where Baham resides.  As a further result of the injuries sustained by Baham, reasonable probability exists he will require further medical care and attention for these injuries, and as a result, he will incur future reasonable and necessary expenses for his medical care and attention.

.        **WHEREFORE, PREMISES CONSIDERED**, Ronnie Jules Baham, plaintiff, requests Xtant Medical Holdings, Inc., defendant, be cited to appear and answer, and that upon final trial, he have:

a.  Judgment against Xtant Medical Holdings, Inc.., for the of FIVE HUNDRED THOUSAND and NO/100 DOLLARS ($500.000.00), which is a sum in excess of the minimal jurisdictional limits of the Court;

b.  Pre-judgment and post-judgment interest on damages assessed against the defendant at the prescribed legal rate;

c.  Costs of court; and

d.  Such other and further relief, at law or in equity, to which he may be justly entitled.

-4-

**EXHIBIT A, PAGE 8**

Certified Document Number: 93840040 - Page 4 of 5

Respectfully submitted,

**THE TRIMBLE FIRM, P.L.L.C.**

*Dale L. Trimble*

By_____

      Dale L. Trimble
      State Bar No. 20222650
209 Simonton Street
Conroe, Texas  77301
Telephone:     (936) 441-3456
               (936) 539-3457
Telecopier:    (936) 539-3464
Email:  eservice@trimblefirm.com
Counsel for Plaintiff, Ronnie Jules Baham

Certified Document Number: 93840040 - Page 5 of 5

**EXHIBIT A, PAGE 9**



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 12, 2021

Certified Document Number:        93840040 Total Pages:  5

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**EXHIBIT A, PAGE 10**

# 2021-01066

**COURT:**   269th

**FILED DATE:**   1/8/2021

**CASE TYPE:**   Product Liability - Other



### BAHAM, RONNIE JULES

**Attorney: TRIMBLE, DALE L.**

### vs.

### XTANT MEDICAL HOLDINGS INC

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

**EXHIBIT A, PAGE 11**

**Counsel of Record:**

1. **Attorney(s) for Plaintiff Ronnie Jules Baham**

   THE TRIMBLE FIRM, P.L.L.C.

   Dale L. Trimble
   209 Simonton Street
   Conroe, Texas 77301
   Telephone: 936.441.3456
                936.539.3457
   Email: eservice@trimblefirm.com

2. **Attorneys for Defendant Xtant Medical Holdings, Inc.**

   BOWMAN AND BROOKE, LLP

   Randall L. Christian (randall.christian@bowmanandbrooke.com)
   Jonathan L. Smith (jonathan.smith@bowmanandbrooke.com)
   2901 Via Fortuna, Suite 500
   Austin, Texas 78746
   Telephone: 512.874.3800

**EXHIBIT A, PAGE 12**